Mina L. Ramirez, Esq.   CSB 118302
LAW OFFICES OF MINA L. RAMIREZ
1165 Scenic Drive, Suite C-1
Modesto, California  95350
Telephone:  (209) 491-0199
Facsimile:   (209) 575-9497
mramirez@minaramirezlaw.com

Attorney for Plaintiff
MARCUS XAVIER LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS XAVIER LOPEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF CERES, COUNTY OF STANISLAUS, OFFICER JESUS SALINAS, DETECTIVE ARTHUR HIVELY, in their individual and official capacities as Police Officers for the City of Ceres, County of Stanislaus and DOES 1-50, inclusive | CASE NO.:<br><br>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DAMAGES<br><br>JURY DEMANDED |

## INTRODUCTION

1. In the afternoon of February 15, 2017, 18 year-old Plaintiff Marcus Xavier Lopez, was a passenger in a car that was traveling in the City of Ceres, near Central Avenue and Caswell Avenue. Officers engaged pursuit of the vehicle because it appeared to be slowing down and then driving away from a hotel that was part of a police sting.

2. Defendants and each of them pursued the car that was carrying plaintiff and performed a maneuver to cause it to stop. At said time and place, officers, agents, employees of the County of Stanislaus, City of Ceres, officers whose names are

unknown, including but not limited to, Officers Jesus Salinas, Detective Arthur Hively and DOES 1 through 50, excitedly exited the patrol cars with their guns drawn. At said time and place, said officers and DOES 1 through 50, grabbed plaintiff with great force and pulled him out of the passenger side of the vehicle, then violently slammed him onto the ground.

## JURISDICTION

3. This action arises under Title 42 of the United States Code, Section 1983. Title 28 of the United States Code, Sections 1331 and 1343 confers jurisdiction upon this Court. The unlawful acts and practices alleged herein occurred in Ceres, California, which is within this judicial district. Title 28 United States Code Section 1391(b) confers venue upon this Court.

## PARTIES

4. Plaintiff herein, MARCUS XAVIER LOPEZ is, and at all times herein mentioned was a citizen of the United States.

5. Defendant CITY OF CERES AND COUNTY OF STANISLAUS (hereinafter referred to as "CCCSTAN") is and at all times herein mentioned, public entities duly authorized to operate under the laws of the State of California. Under its supervision, CCCSTAN operates the Ceres Police Department.

6. Plaintiff is ignorant of the true names and/or capacities of defendants sued herein as DOES 1 through 50, inclusive, and therefore sue said defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff believes and alleges that each of the DOE defendants is legally responsible and liable for the incident, injuries and damages hereinafter set forth. Each defendant proximately caused injuries and damages because of their negligence, breach of duty, negligent supervision, management or control, violation of public policy and/or use of excessive force. Each defendant is liable for his/her personal conduct, vicarious or imputed negligence, fault, or breach of duty, whether severally or jointly, or whether based upon agency, employment, ownership,

entrustment, custody, care or control or upon any other act or omission. Plaintiff will ask leave to amend his complaint subject to further discovery.

7. In engaging in the conduct alleged herein, defendant police officers acted under the color of law and in the course and scope of their employment with CCCSTAN and DOES 1 through 50, inclusive. In engaging in the conduct described herein, Defendant police officers exceeded the authority vested in them as police officers, under the United States and California Constitutions, and as employees of defendants CCCSTAN and DOES 1 through 50, inclusive.

## STATEMENT OF FACTS

8. In the afternoon of February 15, 2017, 18 year-old Marcus Xavier Lopez, was a passenger in a car that was traveling in the City of Ceres, near Central Avenue and Caswell Avenue. Ceres police officers engaged pursuit of the vehicle because it appeared to be slowing down and then driving away from a hotel that was part of a police sting.

9. After the vehicle stopped, officers, agents, employees of CCCSTAN, officers whose names are unknown, including but not limited to, Officers Jesus Salinas, Detective Arthur Hively and DOES 1 through 50, grabbed plaintiff with great force and pulled him out of the passenger side of the vehicle, then violently slammed him onto the ground. The show of force the officers displayed coupled with the impact of his body hitting the ground caused plaintiff to immediately suffer pain to his body, head, and face and psyche.

10. According to eye-witnesses, plaintiff Lopez was not doing anything that posed an imminent threat to the officers or anyone else when the police ruthlessly slammed him to the ground. The incident was not caught on video camera on the patrol cars because defendants did not activate their video cameras. Failing to activate their cameras assured defendants that plaintiff could not contradict their version of the events.

11. Plaintiff is informed and believes and thereon alleges that CCCSTAN and DOES 1 through 50, inclusive, breached their duty of care to the public in that they have

failed to discipline Defendant Officers Salinas and Detective Hively and DOES 1 through 50, inclusive, for their respective misconduct and involvement in the incident described herein. Their failure to discipline Defendant Officers Salinas and DetectiveHively and DOES 1 through 50, inclusive, demonstrates the existence of an entrenched culture, policy or practice of promoting, tolerating and/or ratifying with deliberate indifference, and the use of excessive force.

12. Plaintiff is informed, believes and thereon alleges that members of the City of Ceres Police Department, including, but not limited to, Defendant DOES 1-50, inclusive and/or each of them, have individually and/or while acting in concert with one another used excessive, arbitrary and/or unreasonable force against Plaintiff Lopez.

13. Plaintiff is further informed, believes, and therein alleges that as a matter defendants and each of them have a policy rooted and entrenched in a posture of deliberate indifference to the constitutional rights of persons who live, work or visit the City of Ceres has allowed persons to be abused by its Police Officers including Defendant DOES 1 through 50, inclusive and/or each of them, individually and/or while acting in concert with one another.

14. Plaintiff is informed, believes and therein alleges that Ceres Police Officers, Stanislaus County and DOES 1 through 50, inclusive exhibited a pattern and practice of using force and have used excessive force even under the most questionable of circumstances.

15. Plaintiff is informed, believes and therein alleges that Defendants and each of them knew, had reason to know by way of actual or constructive notice of the aforementioned policy, culture, pattern and/or practice and the complained of conduct and resultant injuries/violations.

16. Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 50, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff is informed, believes, and thereon alleges that each Defendant so named is responsible in some manner for the injuries and damages sustained by Plaintiff as

set forth herein. Plaintiff will amend his complaint to state the names and capacities of DOES 1 through 50, inclusive, when they have been ascertained.

17. On August 14, 2017, plaintiff presented a government claim to the City of Ceres, which was rejected on October 12, 2017. (A true and correct copy of the Claim Against Public Entity and Letter of Rejection of Claim is attached hereto as Exhibit A.)

18. On August 14, 2017, plaintiff also presented a government claim to the County of Stanislaus, which was rejected on September 12, 2017. (A true and correct copy of the Claim Against Public Entity is attached hereto as Exhibit B)

## DAMAGES

19. Plaintiff was mentally, and emotionally injured and damaged and also sustained injuries to his body, head, face, bruises, chipped teeth and head pain and psyche all as a consequence of Defendants' violation of Plaintiff's federal civil rights under 42 U.S.C. Section 1983 and the Fourteenth Amendment.

20. Plaintiff is entitled to recover damages for the pain and suffering he endured as a result of the violation of his civil rights.

21. Plaintiff found it necessary to engage the services of private counsel to vindicate his rights. Plaintiff is therefore entitled to an award of attorneys' fees and/or costs pursuant to statute(s) in the event that they are the prevailing parties in this action under 42 U.S.C. Sections 1983, 1985-86 and 1988.

## FIRST CAUSE OF ACTION

**Violation of Fourth Amendment of the United States Constitution**

**(42 U.S.C. Section 1983)**

**(Marcus Xavier Lopez v. City of Ceres, County of Stanislaus, Officer Jesus Salinas, Detective Arthur Hively, in their individual and official capacities as Police Officers for the City of Ceres and County of Stanislaus and DOES 1 through 50, inclusive)**

22. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 21 of this Complaint.

23. Defendants' above-described conduct violated plaintiff's right, as provided for under the Fourth Amendment to the United States Constitution, to be free from excessive and/or arbitrary and/or unreasonable use of excessive force against him.

24. Plaintiff was forced to endure great physical and emotional pain and suffering because of the Defendants' conduct.

25. Defendants acted under color of law by slamming plaintiff so violently to the ground that he suffered injuries as described herein above. Said excessive force deprived the plaintiff of certain constitutionally protected rights.

## SECOND CAUSE OF ACTION

### (42 U.S.C. Section 1983)

**(Marcus Xavier Lopez v. City of Ceres, County of Stanislaus, Officer Jesus Salinas, Detective Arthur Hively, in their individual and official capacities as Police Officers for the City of Ceres and County of Stanislaus and DOES 1 through 50, inclusive)**

26. Plaintiff hereby re-alleges and incorporates by reference herein paragraphs 1 through 25 of this Complaint.

27. Plaintiff is informed and believes and thereon alleges that high-ranking police and county supervisors and DOES 1 through 50, inclusive, and/or each of them, knew and/or reasonably should have known about the repeated acts of unconstitutional use of force by Ceres Police Department officers.

28. Despite having such notice, Plaintiff is informed and believes and thereon alleges that CCCSTAN and DOES 1 through 50, inclusive, and/or each of them, approved, ratified, condoned, encouraged, sought to cover up, and/or tacitly authorized the continuing pattern and practice of misconduct and/or civil rights violation by Ceres Police Department which was brought about Defendant DOES 1 through 50, unlawful conduct as alleged herein above.

29. Plaintiff is further informed and believes and thereon alleges that as a result of the deliberate indifference, reckless and/or conscious disregard of the misconduct by Defndant DOES 1-through 50 and/or each of them, ratified and encouraged these

Ceres Police Officer, including but not limited to Officer Salinas and Detective Salinas and Stanislaus County supervisors, agents and employees and Does 1 through 25 to continue their course of misconduct.

30. The aforementioned acts and/or omissions and/or deliberate indifference by high-ranking Ceres Police Officers, including high-ranking Ceres Police Department supervisors, DOES 1 through 50, and each of them resulted in the deprivation of Plaintiff's constitutional rights including, but not limited to, the right to not be deprived of life, liberty or property without due process of the law, as guaranteed by the Fourteenth Amendment to the United States Constitution and the right to be free from excessive force by police officers, as guaranteed by the Fourth Amendment to the United States Constitution.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

## JURY DEMAND

Plaintiff hereby demands a jury trial.

## PRAYER

WHEREFORE, Plaintiff prays for relief, as follows:

1. For general damages in a sum to be determined at trial;
2. For special damages, including but not limited to, medical expenses and other special damages in a sum to be determined according to proof;
3. Damages for emotional distress;
4. For punitive damages and exemplary damages in amounts to be determined according to proof as to Defendant DOES 1 through 50 and/or each of them;
5. Any and all permissible statutory damages;
6. For reasonable attorney's fees pursuant to 42 U.S.C. Section 1988 and U.S.C. Section 794a; and

///
///
///

7. For costs of suit herein incurred.

Dated: March /2, 2018                LAW OFFICES OF MINA L. RAMIREZ

                              By:    _____
                                     Mina L. Ramirez, Esq.
                                     Attorney for Plaintiff
                                     MARCUS XAVIER LOPEZ

**EXHIBIT A**

**Central San Joaquin Valley Risk Management Authority**
**City of Ceres**

# CLAIM FORM

## *FORM B*

(Please Type Or Print)

CLAIM AGAINST   City of Ceres, Ceres Police Department, County of Stanislaus
                                        (Name of Entity)
Claimant's name:  Marcus Xavier Lopez

Telephone number  (209) 491-0199

SS#:  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          DOB:  09/07/1998           Gender:  Male ___  XX  Female ___

Claimant's address:  C/O Mina L. Ramirez, Esq., 1165 Scenic Drive, Suite C-1, Modesto, CA 95350

Address where notices about claim are to be sent, if different from above:  1165 Scenic Drive, Suite C-1

Modesto, CA 95350

Date of incident/accident:  February 15, 2017

Date injuries, damages, or losses were discovered:  February 15, 2017

Location of incident/accident:  Cental Avenue/Caswell Avenue, Ceres, CA County of Stanislaus

What did entity or employee do to cause this loss, damage, or injury?  See attachment A

(Use back of this form or separate sheet if necessary to answer this question in detail.)

What are the names of the entity's employees who caused this injury, damage, or loss (if known)?  See attachement A

What specific injuries, damages, or losses did claimant receive?  See attachment A

(Use back of this form or separate sheet if necessary to answer this question in detail.)

What amount of money is claimant seeking or, if the amount is in excess of $10,000, which is the appropriate court of jurisdiction. Note: If Superior and Municipal Courts are consolidated, you must represent whether it is a "limited civil case" [see Government Code 910(f)]  Amount of claim is in excess of $25,000.00, an unlimited civil case.

How was this amount calculated (please itemize)?  According to proof.

(Use back of this form or separate sheet if necessary to answer this question in detail.)

Date Signed:  8/14/2017     Signature: _____

If signed by representative:

Representative's Name  Mina L. Ramirez, Esq.     Address  1165 Scenic Drive, Suite C-1, Modesto, CA 95350

Telephone #  (209) 491-0199

Relationship to Claimant  Attorney for Claimant

## Attachment A

**What did the entity or employee do to cause this loss, damage, or injury?**

At said time and place, agents and employees of the Ceres Police Department, County of Stanislaus, including but not limited to police officers, detectives, and deputies used excessive force on claimant by grabbing him forcibly by his neck to pull him out of the car and then violently slammed him to the ground. During the execution of the arrest, each officer failed to activate their body cameras, in violation of the city and county policies which deprived claimant of relevant evidence.

**What are the names of the entity's employees who caused this injury, damage or loss (if known)?**

Officers, Jesus Salinas, Detective Arthur Hively, and other officers whose names are unknown at this time.

**What specific injuries, damages, or losses did claimant receive?**

As a result of the above described actions, the claimant suffered injuries to his body, head, face, including but not limited to bruises, chipped teeth, and head pain.



Risk Management
Human Resources
2720 Second Street
Ceres, CA 95307-3292
(209) 538-5747
Fax (209) 538-5710
Shirley.ventura@ci.ceres.ca.us

CITY COUNCIL
Chris Vierra, Mayor
Mike Kline                Ken Lane
Linda Ryno         Bret Durossette

October 12, 2017

Mina L. Ramirez, ESQ
Attorney
1165 Scenic Drive, Suite C-1
Modesto, CA 95350

Subject:    Notice of Rejection by Operation of Law – Marcus Xavier Lopez

Dear Ms. Mina;

Please see the attached "Notice of Rejection by Operation of Law" regarding the claim submitted to the City of Ceres.

If you have any questions, contact our Risk Management Authority by calling Robert Smoke @ AIMS (209) 523-8442.

Sincerely,

Shirley A. Ventura
Human Resources

cc:    AIMS

# CITY OF CERES

# NOTICE OF REJECTION BY OPERATION OF LAW

Notice is hereby given that the Claim which you presented to City of Ceres on August 14, 2017 and was rejected by operation of law on October 12, 2017.

## WARNING

Subject to certain exceptions, you have six (6) months from the date this Notice of Rejection by Operation of Law was personally delivered or deposited in the mail to file a court action on this Claim. (See Government Code Section 945.6.)

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This Notice of Rejection by Operation of Law applies only to claims under state law and shall not extend any time limits as may be imposed upon the claimant(s) for pursuit of the claimant(s)' rights under federal laws, statutes, other sources of rights of recovery in favor of claimant(s).

Please also be advised that pursuant to Sections 128.5 et seq. and 1038 of the California Code of Civil Procedure, the City of Ceres will seek to recover all costs of defense in the event a legal action is filed in the matter and it is determined that the action was not filed in good faith and with reasonable cause, or as otherwise determined to justify the imposition of attorney's fees and costs of suit pursuant to such sections, as well as any other sections or laws enuring to the benefit of the City of Ceres, its officers, officials, employees, agents, or representatives.

## PROOF OF SERVICE

On October 12, 2017, I served the within NOTICE OF REJECTION BY OPERATION OF LAW on the claimant by placing a true copy thereof enclosed in a sealed envelope in the outgoing mail addressed as requested by the claimant.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Ceres, California, on October 12, 2017.

_____
Shirley A. Ventura

**EXHIBIT B**

<mark>Case 1:18-cv-00354-AWI-BAM Document 1 Filed 03/12/18 Page 15 of 17</mark>

RMD Date Stamp

BOS Date Stamp

BOARD OF SUPERVISORS
2017 AUG 14 P 1:50

# CLAIM AGAINST THE COUNTY OF STANISLAUS
(Government Code Section 910.et seq.)

Claimants:
Name __Marcus Xavier Lopez__ SSN# __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__ Date of Birth __09/07/1998__
Address __C/O Law Office of Mina L. Ramirez, 1165 Scenic Drive, Suite C-1, Modesto, CA 95350__
Phone Number __(209) 491-0199__
Name, address and phone number of person to receive notices concerning this claim. __Mina L. Ramirez, Esq., LAW OFFICE OF MINA L. RAMIREZ, 1165 Scenic Drive, Suite C-1, Modesto, CA 95350__

Date and time when damage or injury occurred. __February 15, 2017 at approximately 17:01 hours__

Location of occurrence. __Central Avenue/Caswell Avenue, Ceres, CA County of Stanislaus__

Circumstances of occurrence. __At said time and place, agents and employees of the Ceres Police Department, including but not limited to police officers, detectives, and deputies used excessive force on claimant by grabbing him forcibly by his neck to pull him out of the car and then violently slammed him to the ground. During the execution of the arrest, each officer failed to activate their body cameras, in violation of the City's policies which deprived claimant of relevant evidence.__

Description of loss, damage or injury. __As a result of the above described actions, the claimant suffered injuries to his body, head, face, including but not limited to bruises, chipped teeth, and head pain.__

Name(s) of County Employee(s) causing injury, damage or loss, if known. __Officers, Jesus Salinas, Detective Arthur Hively, and other officers whose names are unknown at this time.__

Amount claimed at present including estimated amount of any prospective loss. __Amount of claim is in the excess of $25,000.00, an unlimited civil case.__

Names and addresses of witnesses, doctors and/or hospitals. __Sgt. Viera, passengers in the vehicle who where/are minors whose names cannot be disclosed on the claim but who are named in the police report of the incident.__

Claim must be signed and dated by claimant or person acting on claimant's behalf.
DATED: __8/14/2017__  SIGNED: _____
Claimant(s)

~WARNING~

Section 72 of the Penal Code provides:

"Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, town, city, district, ward or village board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, or account, voucher, or writing, is guilty of a felony"

This document is a public record and pursuant to the California Public Record Act must be made available for inspection and copying upon the request of any person, including, but not limited to a representative of the news media. (Please see California Government Code sections 6250 et seq.)

SEE REVERSE SIDE FOR INSTRUCTIONS



**Stanislaus County**
*Striving to be the Best*

**CHIEF EXECUTIVE OFFICE**
*Risk Management Division*

1010 10TH Street, Suite 5900, Modesto CA 95354
Phone: 209.525.5710   Fax: 209.525.5779

September 12, 2017

Mina Ramirez
Law Offices of Mina Ramirez
1165 Scenic Drive, Suite C-1
Modesto, CA 95350

RE:   Claim of Marcus Xavier Lopez dated August 14, 2017

Ms. Ramirez,

NOTICE IS HEREBY GIVEN that the above referenced Claim, which was presented to the Board of Supervisors of the County of Stanislaus, State of California, on August 14, 2017, was rejected on its merit and non-jurisdiction on September 12, 2017.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. (See Government Code Section 945.6) This six-month period only applies to state claims and not to claims based on federal law. Such period may be further shortened by the expiration of otherwise applicable statutes of limitation running from the date of the incident upon which your claim was based.

Nothing herein, nor any actions taken by this public entity, or any of its officers, employees or agents with regard to this matter, should be construed as a relinquishment or waiver of any legal requirement or any right of defense such as timeliness, sufficiency, proper presentation or any other matter which may be available to the County of Stanislaus or any of its officers, employees or agents.

**Please also be advised that, pursuant to Sections 128.5 and 1038 of the California Code of Civil Procedure, the County will seek to recover all costs of defense in the event an action is filled in the matter and it is determined that the action was not brought in good faith and with reasonable cause.**

Sincerely,

*Kevin Watson* (signature)
Kevin Watson, ARM
Liability & Insurance Manager

STRIVING TO BE THE BEST COUNTY IN AMERICA

## DECLARATION OF MAILING

RE:   Claim of Marcus Xavier Lopez dated August 14, 2017

      I, Karyn Watson, declare that I am a citizen of the United States, over 18 years of age, a resident of Stanislaus County, and not a party to the within action; that my business address is 1010 10th Street Suite 5900 Modesto, CA; that I served a copy of the attached notice by placing said copy in an envelope addressed to the following:

**Mina Ramirez**
**Law Offices of Mina Ramirez**
**1165 Scenic Drive, Suite C-1**
**Modesto, CA 95350**

which envelope was then sealed and postage fully prepaid thereon and thereafter, on September 12, 2017, deposited in the United States mail at Modesto, California; that there is delivery service by United States mail at the place so addressed or regular communication by United States mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Karyn Watson
Confidential Assistant III