# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS XAVIER LOPEZ,<br><br>Plaintiff\,<br><br>v.<br><br>CITY OF CERES, et al.,<br><br>Defendants. | Case No. 1:18-cv-00354-AWI-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE THIS ACTION<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

Plaintiff Marcus Xavier Lopez, proceeding through counsel, initiated this action on March 12, 2018. (Doc. No. 1.) On June 5, 2018, the Court held a telephonic status conference in this action. Plaintiff's counsel appeared by telephone and reported that the summons and complaint were out for service on defendants. The Court therefore ordered Plaintiff, within thirty (30) days, to either file a status report updating the Court regarding the status of service or file proofs of service demonstrating that service had been effectuated on defendants. The Court also advised counsel that the failure to comply with the order may result in the imposition of sanctions. Further, the Court continued the Mandatory Initial Scheduling Conference to August 16, 2018, and ordered that a Joint Scheduling Conference Report be filed at least one (1) week prior to the conference. (Doc. No. 5.) The deadlines to file a status report, proofs of service or a Joint Scheduling Conference Report have passed.

To date, Plaintiff has not filed a status report, proofs of service or a Joint Scheduling Conference Report, and has not otherwise contacted the Court. Accordingly, Plaintiff is

1

HEREBY ORDERED to SHOW CAUSE why this Court should not impose sanctions, which may include a recommendation for dismissal of this action, for the failure to comply with court orders and the failure to prosecute this action. Plaintiff shall respond to the Order to Show Cause in writing no later than **August 20, 2018**. The failure to comply with this order will result in the imposition of sanctions.

Additionally, the SCHEDULING CONFERENCE currently set for August 16, 2018, is HEREBY CONTINUED to **September 13, 2018, at 9:00 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **August 9, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE